# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK PAUL SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>DERRAL ADAMS, WARDEN, et al.,<br><br>            Defendants. | CASE NO. 1:09-cv-00292-GSA PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 10) |

Plaintiff Rick Paul Smith is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 17, 2009. Pursuant to Plaintiff's written consent, filed March 23, 2009, and Appendix A(k)(4) of the Local Rules of the Eastern District of California, this case is assigned to the undersigned to conduct any and all proceedings.

On June 16, 2009, the Court dismissed Plaintiff's original and amended complaints for failure to state any claims upon which relief may be granted, and ordered Plaintiff to file a second amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

IT IS SO ORDERED.

Dated:  October 21, 2009        /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE